

# Fourth Court of Appeals
## San Antonio, Texas

July 5, 2018

No. 04-16-00630-CR & 04-16-00631-CR

Cody Lon **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B-07-057 & B-15-631
Honorable Rex Emerson, Judge Presiding

## O R D E R

On June 6, 2018, this court issued a written order setting the due date for the State's brief as July 6, 2018. The State has filed a motion for a forty-five day extension of time to file its brief. We grant the motion in part and order the State's brief due August 6, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court